Plaintiff's Name FREDERICK BRINKLEY
Inmate No. C-79499
Address AVENAL STATE PRISON
P.O. Box-9
AVENAL CA. 93204

**FILED**

MAR 3 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

FREDERICK BRINKLEY
_____
(Name of Plaintiff)

vs.

DETECTIVE LAKE
ETTA LITZ
DEBRA BOWLS
MRS VICKY YOUNG
MRS. KAREN LAVALSIT
MRS LYNN PADGETT
ATTY. AUTHUR KIRBY
(Names of all Defendants)

(Case Number)

COMPLAINT CVS 08-478 LKK CMK P

Civil Rights Act, 42 U.S.C. § 1983

I. **Previous Lawsuits (list all other previous or pending lawsuits on back of this form):**

A.    Have you brought any other lawsuits while a prisoner?  Yes ___  No X

B.    If your answer to A is yes, how many? **NA**
Describe previous or pending lawsuits in the space below.
(If more than one, use back of paper to continue outlining all lawsuits.)

1. Parties to this previous lawsuit:

Plaintiff _____ **NA** _____

Defendants _____ " _____
" _____

2. Court (if Federal Court, give name of District; if State Court, give name of County)
**NA**

3. Docket Number **NA**      4. Assigned Judge **NA**

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
**NA**

6. Filing date (approx.) **NA**      7. Disposition date (approx.) **NA**

1

II.    **Exhaustion of Administrative Remedies**

A.    Is there an inmate appeal or administrative remedy process available at your institution?

Yes___ No_X_

B.    Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes___ No_X_

If your answer is no, explain why not   THERE ARE NO ADMINISTRATIVE RELIEF AVAILABLE TO PLAINTIFF

C.    Is the process completed?

Yes N/A            If your answer is yes, briefly explain what happened at each level.

N/A
"
"

No_X_            If your answer is no, explain why not.    PLAINTIFF WAS UNAWARE OF THE OPTION AVAILABLE TO HIM AT AN EARLIER DATE,

**NOTICE:**    Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

III. **Defendants**

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A.    Defendant DETECTIVE LAKE is employed as A INVESTIGATIVE OFFC. ON PLAINTIFF CASE at SACRAMENTO POLICE DEPARTMENT

B.    Additional defendants ETTA LITZ
DEBRA BOWLS
MRS VICKY YOUNG
MRS. KAREN LAVALSIT
MRS LYNN PADGET

## IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

A) ETTA LITZ - A ROBBERY VICTIM WHO WAS ROBBED WHILE PLAINTIFF WAS IN THE SACRAMENTO COUNTY POLICE STATION. OCTOBER-1982

b) DETECTIVE LAKE - INVESTIGATION OFFICER WHO COLLECTED AND LOST/ DESTROYED EXCULPATORY EVIDENCE IN PLAINTIFF CASE IN

c) DEBRA BOWLS - ANOTHER VICTIM ALLEGING SHE WAS ROBBED DURING THE SAME TIME THAT PLAINTIFF WAS INCARCERATED IN SACRAMENTO POLICE DEPARTMENT

d) MRS VICKY YOUNG - ALLEGED VICTIM WHOM EYE WITNESS IDENTIFICATION OF PLAINTIFF IS VERY QUESTIONABLE.

e) MRS KAREN LAVALSIT - ANOTHER ALLEGED ROBBERY VICTIM WHO IDENTIFICATION OF PERPETRATOR IS FAR FROM ACCURATE.

F) MRS LYN PADGET - DID NOT GIVE A IRON CLAD IDENTIFICATION OF WHO THE SUSPECT REALLY WERE

## V.    Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

PLAINTIFF RESPECTFULLY AND HUMBLY REQUEST THAT THIS COURT GRANTS EITHER OF THE FOLLOWING RELIEF:

a) AN EVIDENTIARY HEARING
b) AN "OSC" ORDER TO SHOW CAUSE
c) MONETARY COMPENSATION
e) PUNITIVE DAMAGES.

I declare under penalty of perjury that the foregoing is true and correct.

Date 2-26-08          Signature of Plaintiff Frederick Brinkley

(revised 6/01/04)

3

FREDERICK BRINKLEY #C-79499
640/50-L
P.O. BOX-9
AVENAL CA, 93204

FREDERICK BRINKLEY                          CIVIL COMPLAINT
                   PLAINTIFF                42 USC § 1983

    V

ATTY KIRBY
        &
DETECTIVE LAKE
                 DEFENDANTS

1 PRELIMINARY STATEMENT,

   THIS IS A CIVIL RIGHTS ACTION FILED BY FREDERICK BRINKLEY, A STATE PRISONER FOR DAMAGES RELIEF UNDER 42 USC § 1983. ALLEGING THAT MATERIAL EVIDENCE WAS WITHHELD FROM THE JURY, FALSE EVIDENCE WAS INTRODUCED AGAINST PLAINTIFF, THE DEFECTS SO AFFECTED THE FUNDAMENTAL REGULARITY OF THE CRIMINAL PROCEEDINGS AND CONVICTION VIOLATES THE ASPECT OF FAIRNESS AND RESULT IN A MISCARRIAGE OF JUSTICE. THAT TOOK PLACE BEFORE ARREST, AND BEHIND THE SCENES DURING CRIMINAL PROCEEDINGS.

2. PLAINTIFF MAINTAINS THAT DEFENDANT ACTED CONTRARY TO HIS OWN OFFICIAL JOB TITLE : A "SACRAMENTO POLICE DEPARTMENT DETECTIVE." BY OBTAINING MATERIAL EYE WITNESS STATEMENTS, DNA EVIDENCE, THUS VIOLATED THE INTEGRITY IN PRESERVING AND COLLECTING THE EVIDENCE TO BE PRESENTED TO THE JURY DURING THE TRIAL PHASE AND BEFORE & AFTER TRIAL.

1

## JURISDICTION

3. THIS COURT HAS JURISDICTION OVER THE PLAINTIFF CLAIMS OF VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER 42 U.S.C. §1983 CIVIL RIGHTS COMPLAINT.

## PARTIES

4. THE PLAINTIFF FREDERICK BRINKLEY, WAS IN CUSTODY AND IN DETENTION DURING THE EVENTS DESCRIBE IN THIS COMPLAINT.

5. DEFENDANT AS SUCH IS RESPONSIBLE FOR THE LAWFUL REPRESENTATION OF PLAINTIFF, HE IS SUED IN HIS INDIVIDUAL CAPACITY WHILE ACTING UNDER THE COLOR OF STATE LAW.

6. THE DEFENDANT HAVE ACTED UNDER COLOR OF STATE LAW AT ALL TIME RELEVANT TO THIS COMPLAINT.

## FACTS

ON OCTOBER 14-23, A STRING OF KIDNAPPED/ROBBERIES ALLEGEDLY OCCURED WHICH PLAINTIFF WAS CHARGED AND CONVICTED OF. PLAINTIFF CONTENDS THAT INVESTIGATING OFFICER LAKE VIOLATED THE INTEGRITY IN PRESERVING AND COLLECTING THE EVIDENCE TO BE PRESENTED TO THE JURY AT TRIAL. PLAINTIFF ALSO ALLEGES THAT THE MIS-IDENTIFICATION OF PLAINTIFF BY THE VICTIMS. ALONG WITH THE FACTS THAT NONE OF THE FINGER PRINTS ON THE VEHICLES, ALONG WITH CIGARETTES BUTTS WERE USED IN TRIAL, ALTHOUGH THESE EVIDENCE WERE COLLECTED AT THE CRIME SCENES. PLAINTIFF CLEARLY STATES THAT OVER THE LAST DECADE, HUNDREDS OF CONVICTIONS HAVE BEEN OVERTURN THROUGH THE USE OF DNA EVIDENCE. TO PROVE MISTAKEN IDENTITY. THIS INCIDENT WAS IN 1982

8. BY THESE ACTIONS DEFENDANTS: LAKE, LITZ, BOWLS, YOUNG, LAVALSIT, PADGETT, VIOLATED MY 4TH AMENDMENT RIGHT, AND MY 14TH AMENDMENT RIGHTS OF THE UNITED STATES CONSTITUTION.

2

9.

PLAINTIFF ALLEGES THAT THE PROSECUTION THE TRIAL COUNSEL, ALONG WITH THE ALLEGE EYE WITNESSES, DENIED PLAINTIFF A FAIR & IMPARTIAL TRIAL. COUPLED WITH THE COURT ERRED IN REFUSING TO ALLOW DEFENSE COUNSEL TO DISCUSS OTHER CASES OF MISTAKEN IDENTIFICATION WHICH RELATE DIRECTLY TO PETITIONER'S CLAIMS THAT THE IDENTIFICATION OF PLAINTIFF BY VICTIMS WERE FLAWED, INCONSISTENT AND UNRELIABLE.

10. BY THESE ACTIONS TRIAL COUNSEL AUTHUR KIRBY    ) ALLEGED WITNESSES, VICKY YOUNG, KAREN LAVALSIT, LYNN PADGETT VIOLATED PLAINTIFF 6TH, 8TH, 4TH, 14TH AMENDMENTS RIGHTS OF THE US. CONSTITUTION.

11.

THE TRIAL COURT DENIED PLAINTIFF'S MOTION TO OBTAIN EXPERT WITNESS TESTIMONY ON EYE WITNESSES MISIDENTIFICATION AT STATE EXPENSE (CT 128). THUS PETITIONER HAS SATIFIED THE "CLARK REQUISITE" OF A FUNDAMENTAL MISCARRIAGE OF JUSTICE.

12.

BY THESE ACTIONS THE TRIAL COURT ALONG WITH TRIAL ATTORNEY VIOLATED PLAINTIFF 6TH, 5TH, 14TH, AMENDMENTS OF THE U.S. CONSTITUTION. WHICH PUT PLAINTIFF IN A VERY PREJUDICIAL POSITION.

13. THE VAST MAJORITY OF THE PROSECUTION'S CASE AGAINST PETITIONER, CONSISTED OF EYEWITNESS IDENTIFICATION.

BY THESE ACTIONS DEFENDANTS: ATTY KIRBY; DETECTIVE LAKE; LITZ, YOUNG; PADGETT. VIOLATED MY RIGHTS UNDER THE 4TH AMENDMENT, THE 6TH AMENDMENT AND THE 14TH AMENDMENT OF THE UNITED STATES CONSTITUTION.

3

14.

PLAINTIFF TRIAL ATTORNEY AUTHUR KIRBY HAD A SIDE BAR WITH THE COURT & D.A. CONCERNING FACTUAL EVIDENCE BEING PRESENTED TO THE JURY. THE EVIDENCE THAT ETTA LITZ MISLEAD THE COURT BY RELAYING TO MISLEADING STATEMENTS, SPECIFICALLY THAT PLAINTIFF WAS THE PERSON THAT KIDNAPPED & ROBBED HER. SO PLAINTIFF ATTORNEY FAILED TO OBJECT TO THE FACT COURT DISALLOWED IMPEACHABLE EVIDENCE TO THE JURY. WHICH UNDERMINED THE OUTCOME OF THE CASE CAUSING A MISCARRIAGE OF JUSTICE.

15.

BY THESE ACTIONS ATTORNEY AUTHUR KIRBY VIOLATED PLAINTIFF 6TH AMENDMENT & 14TH AMENDMENT OF THE UNITED STATES CONSTITUTION. THE RIGHT TO CROSS EXAMINE WITNESSES.
ALSO PLAINTIFF ATTORNEY AUTHUR KIRBY WAS INEFFECTIVE AS COUNSEL BY NOT OBJECTING TO MAJOR CONSTITUTIONAL VIOLATIONS. IT WAS NOT A TRIAL TACTIC BUT RATHER PREJUDICIAL ERROR. ALONG WITH IT BEING A BLATANT VIOLATION OF THE "CONFRONTATION CLAUSE".
PLAINTIFF ATTORNEY ALSO VIOLATED PLAINTIFF RIGHT TO THE "BEST EVIDENCE RULE" BY NOT OBJECTING/AND HAVING INVESTIGATING OFFICER LAKE PRESENTING "DNA" EVIDENCE AND THE ORIGINAL POLICE REPORTS.

16.

PLAINTIFF FREDERICK BRINKLEY FOR ALL OF THE FOREMENTIONS FACTS CHALLENGES THE PROCEDURES THAT THE LEGISLATURE GAVE JUDGE IN SENTENCING PLAINTIFF.

$3\frac{1}{2}$

## CLAIMS FOR RELIEF

THE ACTIONS OF DEFENDANTS; DETECTIVE LAKE, ATTORNEY KIRBY WERE DONE MALICIOUSLY AND VINDICTIVELY DURING TRIAL AND BEHIND THE SCENE UNDER COLOR OF STATE LAW, IN HIS INDIVIDUAL CAPACITY UNDER THE 4th AMENDMENT RIGHT FORBIDDEN ILLEGAL SEARCH AND SEIZURE; PLAINTIFF CLAIM THE TRIAL ATTY. WAS IN VIOLATION OF EFFECTIVE ASSISTANCE OF COUNSEL; ATTY VIOLATED PLAINTIFF CONFRONTATION CLAUSE BY NOT IMPEACHING WITNESS IN JURY PRESENCE.

THE ACTIONS OF DEFENDANT ON DATE OF SENTENCING IS VERY OBVIOUS BY BLATANTLY VIOLATING PETITIONER 6th AMENDMENTS RIGHT TO EFFECTIVE COUNSEL, BECAUSE THE JURY ARE PARTIAL TO POLICE AND BELIEVE THAT THEY RARELY MAKES MISTAKES. THE ABOVE FACTS ARE MORE THAN ENOUGH THAT PLAINTIFF CONSTITUTIONAL RIGHTS WERE VIOLATED.

MORE OVER THE FACT THAT PLAINTIFF ATTORNEY DID NOT OBJECT TO SENTENCING VIOLATION "CUNNINGHAM vs CALIFORNIA" THROUGH EXERCISE OF "DUE DILIGENCE" MAKES AN EVEN STRONGER CASE FOR "IAC" VIOLATION.

4.

## RELIEF REQUESTED

WHERE FORE, PLAINTIFF REQUESTS THAT THE COURT GRANTS THE FOLLOWING RELIEF: THAT THIS COURT GIVES PLAINTIFF AN EVIDENTIARY HEARING. AND ISSUE AN ORDER TO SHOW CAUSE.

BASED ON THE SIMPLE AND PLAIN FACT THAT PLAINTIFF WAS A VERY YOUNG & IMMATURE DEFENDANT WHO WAS TOTALLY NAIVE TO THE JUSTICE SYSTEM. LOOKING AT THE FACTS OF THE ALLEGATIONS, NO ONE WAS HURT OR KILLED IN PLAINTIFF CASE.

PLAINTIFF HAD SUFFERED A TREMENDOUSLY HARD TIME IN PRISON. A LENGHT OF 24 YEARS. DURING THIS VERY LONG PERIOD, PLAINTIFF HAVE PRACTICALLY GROWNED UP IN PRISON. PLAINTIFF ENTIRE LIFE HAVE BEEN TAKEN FROM HIM. PLAINTIFF ASK THIS COURT TO GRANT THIS REQUEST BECAUSE FOR ALL INTENDED PURPOSES HE HAD PAID HIS DUE AND OVER HIS DUES. "EVEN IF HE WAS GUILTY".

AWARD COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNTS: $24,000,000.00 AGAINST: ATTY KIRBY & DETECTIVE LAKE FOR THE PHYSICAL AND EMOTIONAL INJURIES SUSTAINED AS A RESULT OF PLAINTIFF BEING SUBJECT TO DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL. THE 14th AMENDMENT OF DUE PROCESS CLAUSE AND EQUAL PROTECTION OF THE LAW.

AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNTS: $24,000,000.00 GRANT SUCH OTHER RELIEF AS IT MAY APPEAR TO THE COURT THAT PLAINTIFF IS ENTITLED.

DATED: 2-26-08

RESPECTFULLY SUBMITTED:

Frederick Brinkley

5

## PROOF OF SERVICE BY MAIL

I THE UNDERSIGNED,  CERTIFY THAT I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE. THAT I

CAUSED TO BE SERVED A COPY OF THE FOLLOWING DOCUMENT:

ENTITLED: A 4 USC, 1983 Civil Rights Complaint Concerning "Ineffective Assistance of Counsel"

BY PLACING THE SAME IN AN ENVELPOE, SEALING IT BEFORE A CORRECTIONAL OFFICER,

AND DEPOSITING IT IN THE [*UNITED STATE MAIL*] AT AVENAL STATE PRISON AND ADDRESSED IT TO THE

FOLLOWING:

Clerk of the U.S. District Court
For The Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, California 95814

EXECUTED ON FEBURARY 26, 20 08 AT AVENAL STATE PRISON, AVENAL, CALIFORNIA

I, FREDERICK BRINKLEY, DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAW
OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

*Frederick Brinkley*
SIGNATURE OF DECLARANT

FREDERICK BRINKLEY
PRINT NAME OF DECLARANT

PRO PER.