IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BRINKLEY, | No. CIV S-08-0478-LKK-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| LAKE, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On April 7, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

       Accordingly, IT IS HEREBY ORDERED that:

       1.    The findings and recommendations filed April 7, 2008, are adopted in full;

1

1  2.  Plaintiff's application for leave to proceed in forma pauperis is denied;

2  3.  In order for this action to proceed, plaintiff is required to pre-pay the
3  $350.00 filing fee within 30 days of the date of this order; and

4  4.  If the filing fees are not paid within 30 days of the date of this order, this
5  action will be dismissed for failure to prosecute and failure to comply with court rules and orders.
6  See Local Rule 11-110.

7  DATED: May 23, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT