1

2

3

4

5

6

7

8       **IN THE UNITED STATES DISTRICT COURT**

9       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 FREDERICK BRINKLEY,       No. CIV S-08-0478-LKK-CMK-P

12       Plaintiff,

13     vs.       FINDINGS AND RECOMMENDATIONS

14 LAKE, et al.,

15       Defendants.

16 _____/

17       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18 to 42 U.S.C. § 1983.  On May 27, 2008, the court denied plaintiff's application for leave to

19 proceed in forma pauperis and ordered plaintiff to pay the full filing fee within 30 days if he

20 wished to proceed with this action.  Plaintiff was warned that failure to comply may result in

21 dismissal of this action for lack of prosecution and failure to comply with court rules and orders.

22 To date, plaintiff has not paid the filing fees.

23       The court must weigh five factors before imposing the harsh sanction of

24 dismissal.  See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v.

25 U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987).  Those factors are:  (1) the public's

26 interest in expeditious resolution of litigation; (2) the court's need to manage its own docket; (3)

1   the risk of prejudice to opposing parties; (4) the public policy favoring disposition of cases on

2   their merits; and (5) the availability of less drastic sanctions.  See id.; see also Ghazali v. Moran,

3   46 F.3d 52, 53 (9th Cir. 1995) (per curiam).  A warning that the action may be dismissed as an

4   appropriate sanction is considered a less drastic alternative sufficient to satisfy the last factor.

5   See Malone, 833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is

6   appropriate where there has been unreasonable delay.  See Henderson v. Duncan, 779 F.2d 1421,

7   1423 (9th Cir. 1986).  Dismissal has also been held to be an appropriate sanction for failure to

8   comply with an order to file an amended complaint.  See Ferdik v. Bonzelet, 963 F.2d 1258,

9   1260-61 (9th Cir. 1992).

10          Having considered these factors, and in light of plaintiff's failure to resolve the

11   fee status for this case as directed, the court finds that dismissal of this action is appropriate.

12          Based on the foregoing, the undersigned recommends that this action be

13   dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and

14   orders.

15          These findings and recommendations are submitted to the United States District

16   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days

17   after being served with these findings and recommendations, any party may file written

18   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

19   Findings and Recommendations."  Failure to file objections within the specified time may waive

20   the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

21

22    DATED:  July 2, 2008

23

24                                                   CRAIG M. KELLISON
                                                     UNITED STATES MAGISTRATE JUDGE
25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26